| | | | |
|---|---|---|---|
| Com. v. Carter [8] . . . . | 02/23/2016560 EAL (2015) | Denied | Pa.Super., 131 A.3d 103 |
| Com. v. Clark [9] . . . . . | 03/01/2016635 MAL (2015) | Denied | Pa.Super., 125 A.3d 456 |
| Com. v. Esquilin [10] . . | 02/24/2016543 EAL (2015) | Denied | Pa.Super., 131 A.3d 88 |
| Com. v. Fetterolf [11] | 02/24/2016625 MAL (2015) | Denied | Pa.Super., 125 A.3d 454 |
| Com. v. Grant [12] . . . . | 02/24/2016910 MAL (2015) | Denied | Pa.Super., 134 A.3d 486 |
| Com. v. Hall [13] . . . . . | 03/01/2016315 WAL (2015) | Denied | Pa.Super., 125 A.3d 446 |
| Com. v. Hoerath [14] . . | 02/29/2016288 WAL (2015) | Denied | Pa.Super., 122 A.3d 1143 |
| Com. v. Johnson [15] . . | 02/22/2016647 EAL (2015) | Denied | Pa.Super., 133 A.3d 72 |
| Com. v. Lamandre [16] | 02/29/2016577 MAL (2015) | Denied | Pa.Super., 122 A.3d 1147 |
| Com. v. Lavon [17] . . . | 02/23/2016579 EAL (2015) | Denied | Pa.Super., 125 A.3d 435 |
| Com. v. Lint [18] . . . . . | 02/23/2016397 WAL (2015) | Denied | Pa.Super., 133 A.3d 71 |

8. Justice EAKIN did not participate in the consideration or decision of this matter.

9. Justice EAKIN and WECHT did not participate in the decision of this matter.

10. Justice EAKIN did not participate in the decision of this matter.

11. Justices EAKIN and WECHT did not participate in the decision of this matter.

12. Justice EAKIN did not participate in the decision of this matter.

13. Justice EAKIN did not participate in the decision of this matter.

14. Justice EAKIN did not participate in the decision of this matter.

15. Justice EAKIN did not participate in the decision of this matter.

16. Justice EAKIN did not participate in the decision of this matter.

17. Justice EAKIN did not participate in the consideration or decision of this matter.

18. Justice EAKIN did not participate in the consideration or decision of this matter.